1108

No. 85–6596.   WALKER *v.* CITY OF BOWLING GREEN, KENTUCKY, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–6618.   ANESI *v.* UNITED STATES DEPARTMENT OF AGRICULTURE.   C. A. 8th Cir.   Certiorari denied.

No. 85–6652.   GENNUSO *v.* EPPOLITO ET AL.   C. A. 2d Cir. Certiorari denied.

No. 85–6656.   WATKINS *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 85–426.   SAVE THE DUNES COUNCIL, INC. *v.* UNITED STATES ET AL.   C. A. 7th Cir.   Motion of Sierra Club for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 85–953.   CAGLE *v.* CARLSON ET AL.   Ct. App. Ariz.   Certiorari denied.   JUSTICE WHITE and JUSTICE POWELL would grant certiorari.

No. 85–1362.   STERN ET AL. *v.* TARRANT COUNTY HOSPITAL DISTRICT ET AL.   C. A. 5th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 85–1518.   VOLKSWAGEN OF AMERICA ET AL. *v.* ROSSELL, GUARDIAN AD LITEM OF KENNON, A MINOR.   Sup. Ct. Ariz. Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 85–1490.   BASCH ET AL. *v.* WESTINGHOUSE CORP.   C. A. 4th Cir.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 85–1801.   LARSON ET AL. *v.* FARGO WOMEN'S HEALTH ORGANIZATION, INC., ET AL.   Appeal from Sup. Ct. N. D.   Motion of appellants to treat the jurisdictional statement as a petition for writ of certiorari granted.   Certiorari denied.